S. M. Ford, appellee, v. Ford Manufacturing Company, appellant. Gen. No. 26,371.

Action for royalties due for use of a patent. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. William N. Gemmill, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1920. Reversed and remanded. Opinion filed February 14, 1922. Rehearing denied February 25, 1922.

Litsinger, Healy & Reid, for appellant; James J. Finn, of counsel. Luby & Ewen, for appellee.

Mr. Justice Morrill delivered the opinion of the court.

---

Mr. Justice Morrill delivered the opinion of the court.